# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| GENEVIEVE DEMING, | Case No. EDCV14-00489-JGB (DTBx) |
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| KENCO LOGISTICS SERVICES, LLC and DOES 1 through 20, Inclusive, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED that the Complaint for Damages filed by Plaintiff, GENEVIEVE DEMING, against Defendant, KENCO LOGISTICS SERVICES, LLC, be and hereby is dismissed, with prejudice, and with the parties to bear their own costs.

Dated: May 27, 2015

JUDGE JESUS G. BERNAL

---

1

**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE**